ERIE COUNTY WATER AUTHORITY, Respondent, *v.* WESTERN NEW YORK WATER COMPANY et al., Appellants, et al., Defendants.

Submitted February 24, 1953; decided March 5, 1953.

*Reid S. Moule* for motion.
*Melvin L. Bong* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution and does not come within the provisions of subdivision 2 of section 589 of the Civil Practice Act.